UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MEGHAN HUNTER, Individually and as Parent and Natural Guardian of MH; and MH;

Plaintiffs

V

SHANGHAI HUANGZHOU ELECTRICAL APPLIANCE MANUFACTURING CO., LTD.; SHANGHAI HUANGZHOU INDUSTRY CO., LTD.; QUALITY CRAFT HOME DECOR, INC.; QUALITY CRAFT MERGERCO; QUALITY CRAFT, LTD.; QCIL INTERNATIONAL, INC.; COLLINS CO., LTD.; COLLINS INTERNATIONAL CO., LTD.; HOME DEPOT, USA, INC.; THE HOME DEPOT, INC.; HD DEVELOPMENT OF MARYLAND, INC.; and OSRAM SYLVANIA, INC.;

Defendants

**AFFIDAVIT OF SERVICE**

5:17-cv-00052-BKS-DEP

STATE OF NEW YORK           )
COUNTY OF ONONDAGA    ) ss.:

Sara Dydyk, being duly sworn, says that deponent is not a party to the action, is over 18 years of age and resides in Oswego County, State of New York. That on the 23rd day of December, 2019, your deponent caused to be served, by Federal Express International Priority mail, Plaintiffs Notice of Motion for Default against Shanghai Huangzhou Electrical Appliance Manufacturing Co., Ltd. and Shanghai Huangzhou Industry Co., Ltd. upon:

Shanghai Huangzhou Electrical Appliance
Manufacturing Co., Ltd.
Room 12B, No. 83 Anshun Road
Shanghai 200052 CHINA

Shanghai Huangzhou Industry Co., Ltd.
No. 169 Kanbei Road
Shanghai 201412 CHINA

the same being the address designated by said corporation for that purpose, by causing a copy of same to be deposited in an enclosed postpaid, properly-addressed wrapper in an official depository under the exclusive care and custody of Federal Express within the State of New York.

_____
Sara Dydyk

Sworn to before me this
23rd day of December, 2019.

_____
**NOTARY PUBLIC**

DAWN M. MILLS
Notary Public, State of New York
No. 01MI6321516
Qualified in Onondaga County
My Commission Expires March 16, 2023

{H3822230.1}